United States District Court
Southern District of Texas

**ENTERED**

June 01, 2026

Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

RADELMO JOSE PRIETO PRIETO,    §
   §
  Petitioner,    §
   §   CIVIL ACTION NO. H-26-2657
vs.    §
   §
WARDEN, Montgomery Processing    §
Center, *et al.*,    §
   §
  Respondents.    §

**ORDER OF DISMISSAL**

The petitioner, Radelmo Jose Prieto Prieto, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued detention in ICE custody.  (Docket Entry No. 1).  The court ordered the respondents to file an answer, and the respondents answered by filing an Advisory on April 14, 2026, stating that the petitioner is subject to a final order of removal and that ICE plans to effectuate his removal "in the near future pursuant to his final order of removal." (Docket Entry No. 5).  On  April 29, 2026, the respondents filed a second Advisory stating that the petitioner was removed from the United States to Venezuela.  (Docket Entry No. 8).  The petitioner has not filed a response to the second advisory.  Because Prieto Prieto has been removed from the United States, his habeas petition is moot.  This habeas petition is **dismissed** without prejudice. Any pending motions are **denied** as moot.

SIGNED on May 27, 2026, at Houston, Texas.

_____

Lee H. Rosenthal
Senior United States District Judge